PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUINTIN JEUH CARLOS-BANUELOS ET AL.,<br><br>Defendants. | CASE NO. 1:20-CR-00175-ADA-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL AND ORDER THEREON<br><br>Date: August 9, 2023<br>Time: 1:00 p.m.<br>Honorable Barbara A. McAuliffe |

**STIPULATION**

This case is set for a status conference on August 9, 2023.  The undersigned parties hereby stipulate to vacate the status conference and set the case for a trial on May 14, 2024, at 8:30 a.m. before the Hon. Ana de Alba.  The parties also stipulate to exclude time between August 9, 2023, and May 14, 2024.

The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and several gigabytes of electronic data.

Defense counsel requires additional time to review the discovery, to conduct additional investigation and legal research, pursue a potential pretrial resolution, and to prepare for trial.

The proposed trial date represents the earliest date that all counsel are available for trial, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time from August 9, 2023 until the trial on May 14, 2024, from calculations under the Speedy Trial Act.

      IT IS SO STIPULATED.

Dated: July 31, 2023        PHILLIP A. TALBERT
      United States Attorney

      By: /s/ JUSTIN J. GILIO
      JUSTIN J. GILIO
      Assistant United States Attorney

Dated: July 31, 2023        /s/ Victor Chavez
      Victor Chavez
      Counsel for Defendant Quintin Jeuh Carlos-Banuelos

Dated: July 31, 2023        /s/ Richard M. Oberto
      Richard M. Oberto
      Counsel for Defendant Christina Maria Nino

Dated: July 31, 2023        /s/ Barbara Hope O'Neill
      Barbara Hope O'Neill
      Counsel for Defendant Rafael Zaragoza

Dated: July 31, 2023        /s/ Robert Lamanuzzi
      Robert Lamanuzzi
      Counsel for Defendant Carol Maldonado Vasquez

Dated: July 31, 2023              /s/ Mark Coleman
                                  Mark Coleman
                                  Counsel for Defendant
                                  Hector Gomez

## ORDER

IT IS SO ORDERED that the status conference set for August 9, 2023, is vacated. A jury trial is set for **May 14, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **2 weeks**. A Trial Confirmation is set for **April 29, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 2, 2023**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE