PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA MARIA NINO,<br><br>Defendant. | CASE NO. 1:20-CR-00175-NODJ-BAM<br><br>STIPULATION TO VACATE TRIAL AND TRIAL CONFIRMATION HEARING AS TO CHRISTINA MARIA NINO AND SET CASE FOR STATUS CONFERENCE HEARING FOR REVIEW OF DEFERRED PROSECUTION AGREEMENT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on April 29, 2024, and a trial on May 14, 2024.

2. The government and the defendant have entered into a deferred prosecution agreement, which the parties hereby incorporate into this stipulation, and which will be filed upon the filing of this stipulation. Under the deferred prosecution agreement, the government has agreed to defer prosecution of the defendant until October 31, 2024. As outlined in the deferred prosecution agreement, if all conditions are satisfied under that agreement, on October 31, 2024, the government will seek dismissal with prejudice of the Indictment as to the defendant.

3. By this stipulation, defendant now moves to vacate the trial confirmation hearing and trial as to CHRISTINA MARIA NINO and to **set the case before the district judge for a status conference on October 28, 2024**. This date represents the last criminal calendar date before October 31, 2024. The

parties agree that time should be excluded between May 14, 2024 and October 31, 2024, as the time results from a period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate her good conduct.  18 U.S.C. 3161(h)(2).

IT IS SO STIPULATED.

Dated:  March 4, 2024                              PHILLIP A. TALBERT
                                                   United States Attorney

                                              By:  /s/ JUSTIN J. GILIO
                                                   JUSTIN J. GILIO
                                                   Assistant United States Attorney


Dated: March 4, 2024                               /s/ *Richard Oberto*
                                                   Attorney for Defendant
                                                   CHRISTINA MARIA NINO


### ORDER

IT IS SO ORDERED that the jury trial set for May 14, 2024, trial confirmation set for April 29, 2024 and status conference set for March 27, 2024, as to Defendant Christina Maria Nino, only, are vacated. A status conference is set for **October 28, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**  Time was previously excluded through May 14, 2024.

IT IS SO ORDERED.

   Dated:   **March 5, 2024**                       /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE