PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTINA MARIA NINO, <br><br> Defendant. | Case No.: 1:20-CR-00175-NODJ <br><br> STIPULATION AND PROPOSED ORDER TO DISMISS CHARGES ON OCTOBER 31, 2024, OR AS SOON THEREAFTER AS IS PRACTICABLE |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate that the status conference on October 28, 2024, be vacated and that the charge in Count One of the Indictment against Christina Maria Nino in the above-captioned case be dismissed, with prejudice, on October 31, 2024, or as soon thereafter as is practicable.

On March 4, 2024, the parties entered into a Deferred Prosecution Agreement.  Doc. 319. The parties agree that Defendant Nino has successfully complied with all of the terms of the Deferred Prosecution Agreement and that Defendant Nino is entitled to have the charge against her dismissed on October 31, 2024, or as soon thereafter as is practicable.

1

IT IS SO STIPULATED.

Dated:  October 16, 2024 /s/ Richard Oberto
RICHARD OBERTO
Attorney for Christina Nino

Dated:  October 16, 2024 /s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to vacate the status conference and dismiss the charges against Christina Nino.  Good cause appearing, the charge against Defendant Nino in Count One of the Indictment is hereby dismissed with prejudice and the status conference set for October 28, 2024 is vacated.

Date: October 21, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE